**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| CRISTIAN URIEL MARTINEZ LUNA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | No. 2:26-cv-02833-TLP-cgc |
| v. | ) | |
| | ) | |
| CHRISTOPHER BULLOCK, | ) | |
| | ) | |
| Respondent. | ) | |

# JUDGMENT

**JUDGMENT BY COURT**. This action came before the Court on Petitioner's Petition, filed on July 9, 2026. (ECF No. 2.) In accordance with the Order Denying Petition for Writ of Habeas Corpus (ECF No. 11), entered by the Court,

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITHOUT PREJUDICE**.

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

October 1, 2026
Date